No. 99–6142. WYATT *v.* HENRY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–6150. RODRIGUEZ DE VARON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–6159. REED *v.* IVANHOE CITRUS ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6162. ANDERSON *v.* GENERAL MOTORS CORP. C. A. 10th Cir. Certiorari denied. 

No. 99–6178. MATHIS *v.* RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 99–6181. BELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6216. TRUE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 99–6226. ROSALES-LIZALDE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6231. KIMBERLIN *v.* JUDGES, UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied. 

No. 99–6235. ROHLSEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 99–6236. BROCK *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 99–6242. GUZMAN RESENDEZ, AKA GARCIA GONZALEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6243. WILLIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 99–6245. RUCKER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 99–6247. STROZIER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.